**Douglas ROADEN, Appellant,**

v.

**Jon DERMOTT, Dean Dankelson, Norm Rouse, George Thomas, Nick Marshall, Blake Wolf, W.J. Pierce, Appellees.**

**No. 02–3055.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 4, 2002.

Decided Nov. 8, 2002.

Before WOLLMAN, MORRIS SHEPPARD ARNOLD, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Douglas Roaden appeals the district court's[1] order dismissing his pro se complaint as frivolous under 28 U.S.C. § 1915(e)(2). After careful review of the complaint, we conclude that the district court did not err in dismissing it as frivolous.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

 

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.